IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JUDITH A. WAGNER,

    Plaintiff,

v.                                                  No. 12-cv-0115 KBM/SMV

PATTI MADDOX,

    Defendant.

**ORDER GRANTING [SECOND] JOINT MOTION TO AMEND SCHEDULING ORDER**

    THIS MATTER is before the Court on the parties' [Second] Joint Motion to Amend Scheduling Order [Doc. 63], filed on January 30, 2014.  As a result of the press of business of both counsel, the parties request that some of the discovery deadlines be extended.  [Doc. 63]. Because the parties concur in the request and because the extensions will not affect the presiding judge's deadlines, the motion will be granted.

    **IT IS THERFORE ORDERED** that the [Second] Joint Motion to Amend Scheduling Order [Doc. 63] is **GRANTED**, and the Scheduling Orders [Docs. 16, 57] are **AMENDED** as follows:

- Discovery to be completed no later than:  **June 30, 2014** (changed from May 16, 2014).
- Motions related to discovery filed and served no later than:  **July 7, 2014** (changed from May 23, 2014).
- Plaintiff must identify to all parties in writing any expert witnesses to be used by Plaintiff at trial and provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) no later than: **April 15, 2014** (changed from February 21, 2014).
- Defendant must identify to all parties in writing any expert witnesses to be used by Defendant at trial and provide expert reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) no later than:  **May 15, 2014** (changed from March 21, 2014).

    **IT IS SO ORDERED**.

                                                                  _____
                                                                  STEPHAN M. VIDMAR
                                                                  **United States Magistrate Judge**