## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**JUDITH A. WAGNER,**

    **Plaintiff,**

**v.**                                                                   **No. 12-cv-0115 KBM/SMV**

**PATTI MADDOX,**

    **Defendant.**

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

    **Date and time**:        April 28, 2014, at 10:00 a.m.

    **Matter to be heard**:  Status Conference

    A telephonic status conference is hereby set for **April 28, 2014, at 10:00 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall be prepared to discuss the status of discovery and whether a third settlement conference is appropriate. Parties are reminded to have their calendars available for the hearing.

    **IT IS SO ORDERED.**

                                                                         _____

                                                                         **STEPHAN M. VIDMAR**
                                                                          **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.