IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JUDITH A. WAGNER,

    Plaintiff,

v.                                              No. 12-cv-0115 KBM/SMV

PATTI MADDOX,

    Defendant.

**ORDER GRANTING THIRD JOINT MOTION TO AMEND SCHEDULING ORDER**

    THIS MATTER is before the Court on the parties' [Third] Joint Motion to Amend Scheduling Order [Doc. 70] ("Motion"), filed on April 14, 2014.  Due to a family emergency, defense counsel had to cancel the deposition of Defendant which was subsequently rescheduled from March 14, 2014, to May 14, 2014.  The parties now request extension of certain deadlines related to expert witnesses.  [Doc. 70].  Because the parties concur in the request and because the extensions will not affect the presiding judge's deadlines, the Motion shall be granted.

    **IT IS THERFORE ORDERED** that the [Third] Joint Motion to Amend Scheduling Order [Doc. 70] is **GRANTED**, and the Scheduling Orders [Docs. 16, 57, 64] are **AMENDED** as follows:

- Plaintiff must identify to all parties in writing any expert witnesses to be used by Plaintiff at trial and provide expert reports pursuant to Fed.R.Civ.P. 26(a)(2)(B) no later than: **June 15, 2014** (changed from April 15, 2014).

- Defendant must identify to all parties in writing any expert witnesses to be used by Defendant at trial and provide expert reports pursuant to Fed.R.Civ.P. 26(a)(2)(B) no later than: **July 15, 2014** (changed from May 15, 2014).

- Expert depositions must be taken no later than **August 15, 2014**.  All other discovery shall be completed by **June 30, 2014**.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**